15BH
#4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERENCE CRAWLEY

3:20-CV-248

VS.

S. Felix, in his official capacity as Captain,
Vicki Moser in her official
capacity as Warden

MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED
IN FORMA PAUPERIS

I, Terence Crawley, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: N/A

2. If you received within the past twelve months any money form any source, explain, and state The amount: The money I received within the past 12 mths. came from my mom. I used to work in Unicor in 2019 until I transferred to FCI Loretto.

3. State the amount of money you have in a checking, savings, or prison account: My Acct. balance as of 11/29/2020 is $376.14. See Ex. A "6 mth. Acct Activity"

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own: I don't own any assets whatsoever.

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support: I have two children who I send money to periodically. Me and their Mom are their only support.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 6th. DAY OF December, 2020.

Plaintiff's signature