Ex 1. "Not adequate soap"



**DIRECTIONS:**
As a shave lotion: Wet skin and squeeze gel onto fingertips. Spread gel evenly on skin and shave. As a body wash: Squeeze body wash onto wet hand or wash cloth. Apply, lather and rinse. As a shampoo: Wet hair, apply shampoo, work up a rich lather and rinse.

**INGREDIENTS:**
Water, Sodium Laureth Sulfate, Cocamidopropyl Betaine, Cocamide MEA, Sodium Chloride, PEG-150 Distearate, Methylparaben, Citric Acid, Fragrance, DMDM Hydantoin, Vitamin E, Hydrolized Silk.

CAUTION: FOR EXTERNAL USE ONLY. KEEP AWAY FROM REACH OF CHILDREN.

0 85317 00208 4

 MADE IN USA   Distributed by: NWI, Inc., Nashville, TN 37228   www.nwiinc.com    PLEASE RECYCLE

freshscent™ ALL-IN-ONE Shave Lotion Shampoo & Body Wash  4 FL. OZ. (118 ml)

Example of tiny pod - Drawing Actual size

About a 1 oz. or less size.

