Ex B - SHU Commissary

# FCI Loretto
## SHU Commissary List
### A.D. Inmates

Name: Terence Crawley   Reg. #: 14192-084   Cell: 14

| QTY | STAMPS (LIMIT 20) | PRICE | QTY | SHOWER SHOES (LIMIT 1) | PRICE |
|---|---|---|---|---|---|
| ___ | Forever Stamps | $0.55 | Circle One: Large  XL  XXL  XXXL | | $7.80 |

| QTY | RADIO (LIMIT 1 EACH) | PRICE | QTY | STATIONARY | PRICE |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | (1) | Yellow Writing Pad (Limit 1) | $1.20 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Envelopes- Box of 50 (Limit 1) | $1.75 |

| QTY | BATTERIES (LIMIT 1) | PRICE | | Legal Envelope 9X12 (Limit 3) | $0.15 |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | White Writing Pad (Limit 1) | $1.30 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | | |

| QTY | FOOD (LIMIT 3 TOTAL) | PRICE | QTY | OVER THE COUNTER MEDS (Limit 1 Each) | PRICE |
|---|---|---|---|---|---|
| ___ | Raw Almonds | $3.95 | | | |
| (circled) | Snickers Candy Bar (Kosher) | $0.80 | ___ | Cough Drops | $0.90 |
| (3) | Mixed Nuts (Kosher) | $3.15 | ___ | Ibuprofen | $2.65 |

| QTY | HYGIENE (LIMIT 1 EACH) | PRICE | (1) | Acetaminophen | $1.30 |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Aspirin | $1.30 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Allergy Tablets | $1.60 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Hydrocortisone Cream | $1.95 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Tolnaftate Foot Cream | $1.70 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Saline Nasal Spray | $1.85 |
| ___ | Palm Brush | $0.50 | ___ | AAA Antibiotic Ointment | $2.50 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ___ | Imodium AD | $7.35 |
| | | | ___ | Artificial Tears | $2.25 |
| | | | ___ | Anti-Dandruff Shampoo | $4.50 |
| | | | ___ | Coal Tar Shampoo | $5.55 |
| | | | ___ | Visine A | $7.75 |
| | | | ___ | Stool Softner | $5.20 |

**ALL SALES ARE FINAL**

**NO REFUNDS OR EXCHANGES**

Warden: _[signature]_
Date: 2-13-19
Captain: _[signature]_
Date: 2-13-19