Ex. C   SIS Investigation

| | |
|---|---|
| BP-A0308<br>JAN 17   **ADMINISTRATIVE DETENTION ORDER** | **U.S. DEPARTMENT OF JUSTICE**<br>**FEDERAL BUREAU OF PRISONS** |

_FCI Loretto_
Institution

Date/Time: _08-25-2020 / 1:30 P.M_

TO: Special Housing Unit Officer

FROM: _M. Friend / Lieutenant_____, (Name/Title)

SUBJECT: Placement of _Crawley, Terence_____, Reg. No. _14192-084_____, in Administrative Detention

_____(a) Is pending an investigation for a violation of Bureau regulations;

___✓___(b) Is pending an SIS investigation.

_____(c) Is pending investigation or trial for a criminal act;

_____(d) Is to be admitted to Administrative Detention

       _____(1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

       _____(2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e) Is pending transfer or is in holdover status during transfer.

_____(f) Is pending classification; or

_____(g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*
_Pending SIS Investigation_____
_____

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) _____

Staff Witness Signature/Printed Name _Welch, LT /_____ Date _08-25-2020_

Supervisor 24 hour review of placement: Signature/Printed name_____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF          Prescribed by P5270          (Replaces BP-A0308 of JAN 88.)