*INMATE COPY*

BP-A0288
JAN 17

**INCIDENT REPORT**

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

## Part I – Incident Report

| 1. Institution: FCI Loretto | Incident Report Number: | | |
|---|---|---|---|
| 2. Inmate's Name: TERENCE CRAWLEY | 3. Register Number: 14192-084 | 4. Date of Incident: 08/25/2020 | 5. Time: 1:30 PM (approx.) |
| 6. Place of Incident: FCI Loretto, North Housing Unit, cell N01-11 | 7. Assignment: CMS CLERK | | 8. Unit: North "B" N02-103U |
| 9. Incident: Assault of any Person | 10. Prohibited Act Code (s): 224 | | |

11. Description of Incident (Date: 09/09/2020   Time: 1:31 PM   Staff became aware of incident):

On September 9, 2020, at 9:32 AM (CST), SIS Investigation LOR-20-0021, closed involving inmate TERENCE CRAWLEY, Reg. No.: 14192-084. The case concluded that on August 25, 2020, at approximately 1:30 PM, inmate CRAWLEY assaulted inmate Jimmie Harper, Reg. No.: 14165-088. Photographic evidence, inmate Medical Assessments coupled with witness statements accurately describe inmate CRAWLEY assaulted inmate Harper by hitting him with a closed hand strike with his right hand to the head of inmate Harper. Photographic evidence clearly shows inmate CRAWLEY has abrasions to his right hand and inmate Harper has multiple impact/laceration type injuries on his head and upper torso/arm.

| 12. Typed Name/Signature of Reporting Employee: A. Henry / [signature] | 13. Date And Time: 09/09/2020 2:37 PM | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): [signature] | 15. Date Incident Report Delivered: 9/9/20 | 16. Time Incident Report Delivered: 2300 |

## Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
    ☐ Committed the Prohibited Act as charged:
    ☐ Did not Commit a Prohibited Act.
    ☐ Committed Prohibited Act Code (s). _____

    B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
    C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature):      Member (Typed Name):      Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF      Prescribed by P5270      Replaces BP-A0288 of AUG 11