Ex. E — Denial of Compassionate Release



CRAWLEY, Terence
Reg. No. 14192-084

This is in response to your Request for Compassionate Release/Reduction in Sentence Consideration dated March 31, 2020. You request a Compassionate Release based on "Debilitated Medical Condition".

A thorough review of your request was completed utilizing Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>. The Medical Review/Summary prepared in your case indicates you have not been diagnosed with an incurable, progressive illness and have not suffered from a debilitating injury from which you will not recover. You are not completely disabled and are able to perform activities of daily living. Additionally, you are not confined to a bed or chair more than 50% of waking hours. You do not have a diagnosis of a cognitive deficit which affects your mental capacity or function. Based on this information, you are not eligible for a Compassionate Release due to a Debilitated Medical Condition.



The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/Reduction in Sentence is denied. If you are dissatisfied with this response, you may appeal through the Administrative Remedy Program.

_V. Moser_
V. Moser, Warden

April 9, 2020
Date