## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERENCE CRAWLEY, plaintiff<br>v.<br>S. Felix, in his official capacity as Captain,<br>Vicki Moser, in his official capacity as Warden. | Declaration of<br>Darien Ellsworth-Doway<br><br>Civil Complaint No. 3:20-CV-248 |

Darien Ellsworth-Doway #71967-068 hereby declares:

I have been incarcerated at FCI Loretto since 3/2019. Since Aug. 25 of 2020 I have been housed in the Special Housing Unit ("SHU"). I am currently in cell 14, which is on the same wing as all other prisoners in Administrative Segregation. I am Terence Crawley's cellie and have been since Aug. 25, 2020. I have experienced the same injustices as the rest of the prisoners in the SHU.

The Captain and the Warden has every one in the SHU 24 hrs./day, with no exercise, no law library, no adequate soap, no ability to buy our own soap from commissary, no issue of a protective mask, no emergency panic system in place to notify staff of an emergency, no inmate memorandums, and a complete ban on possessing ANY publications or a radio. All of us are subject to this during a COVID-19 outbreak which currently infects at least 20%-25% of the inmate population of this prison. This prison is overcrowded and the Warden cannot possibly properly isolate and Quarantine prisoners due to the unique

structure of FCI Loretto. All except the SHU and North Five, is an open floor plan which allows all prisoners to easily spread the virus unchecked, especially since all prisoners must use the same facilities. Please help us here.

I Darien Ellsworth D., hereby certify that the foregoing is true and correct to the best of my knowledge, under the penalty of perjury.
   Executed at Loretto, PA on 12/6/2020.

/s/ _Darien Dewey_
       Signature

_Darien Ellsworth Dewey_
       Print Name

pg. 2 of 2