IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERENCE CRAWLEY, plaintiff<br>v.<br>S. Felix, in his official Capacity as Captain,<br>Vicki Moser, in her official Capacity as Warden | Declaration of<br>JOHN DOE<br>Civil Action No. 3:20-CV-248 |

JOHN DOE #07-077-07 hereby declares:

I have been incarcerated at FCI Loretto since 12-7-12. Since 5-21-20 I have been housed in the Special Housing Unit ("SHU"). I am currently in cell Z-02-3, which is on the same segregation wing as the Plaintiff, just a few doors down. Terence Crawley is currently in cell 14, and I have myself been subject to the same injustices as he has.

The Captain, S. Felix and the Warden Vicki Moser have me and all prisoners in the SHU locked in for 24 hrs./day, no exercise time, no law library, no adequate soap, no issue of protective mask, no emergency panic system to alert staff of a medical emergency, no ability to purchase soap, a complete ban on possession of ANY publications, no inmate memorandums, with a major COVID-19 outbreak in the prison where at least 20%-25% of the population is infected. This prison is overcrowded and it's impossible

pg. 1 of 2

Warden and the Captain to properly isolate prisoners to stop the spread of Corona Virus. Prisoners are being "Quarantined" in the gym, visiting room, Central 2 Unit, North Five, SHU, and there is nowhere to isolate them because only the SHU and North Five have cell doors. The rest of the prison is all open floorspace design with all prisoners sharing facilities.

I declare under penalty of perjury of that the foregoing is true and correct to my knowledge. Executed at Loretto, PA on 12/6/2020.

/S/ _John Doe_
   JOHN DOE #07077-036
       PRINT NAME

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Terrence Crawley, plaintiffs<br>v.<br>S. Felix, in his official capacity as Captain<br>Vicki Moser, in her official Capacity as WARDEN | DECLARATION OF<br>EFRAN VEGA<br>Civil Action No. 3:20-CV-248 |

Efran Vega hereby declares:

I have been incarcerated at FCI Loretto since 2020. Since October 2020 I have been housed in the Special Housing Unit ("SHU"). I am currently in cell Z01-106, which is on the same segregation wing as the Plaintiff, just a few doors down. Terrence Crawley is currently in cell 14, and I have myself been subject to the same injustices as he has.

The Captain, S. Felix and the Warden Vicki Moser have me and all prisoners in the SHU locked in for 24 hours/day, no exercise time, no law library, no adequate soap, no issue of protective mask, no emergency panic system to notify staff of any medical emergency, no ability to purchase soap, a complete ban on possession of ANY publications, no inmate memorandums, with a major COVID-19 outbreak in the prison where at least 20%-25% of the population is infected. This prison is over-crowded and it's impossible for the

pg. 1 of 2

Warden and the Captain to properly isolate prisoners to stop the spread of Coronavirus. Prisoners are being "Quarantined" in the gym, visiting room, Central 2 Unit, North Five wing, SHU, and there is nowhere to isolate them because only the SHU and North Five have cell doors. The rest of the prison is all open floor space design with all prisoners sharing facilities.

I declare under penalty that the foregoing is true and correct to the best of my knowledge. Executed at Loretto, PA on 12/05/2020.

/s/ Efran Vega

EFRAN VEGA #32366-160
PRINT NAME

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Terence Crawley, plaintiffs<br>v.<br>S. Felix, in his official Capacity as Captain<br>Vicki Moser, in her official Capacity as Warden | DECLARATION OF<br>Jordan Andrew Davidson<br>Civil Action No. 3:20-CV-248 |

Jordan Andrew Davidson hereby declares:

I have been incarcerated at FCI Loretto since 2018. Since 10/13/2020 I have been housed in the Special Housing Unit ("SHU"). I am currently in cell Z-02 106, which is on the same segregation wing as the Plaintiff, just a few doors down. Terence Crawley is currently in cell 14, and I have myself have been subject to the same injustices as he has.

The Captain, S. Felix and the Warden Vicki Moser have me and all prisoners in the SHU locked in for 24 hrs./day, no exercise time, no law library, no adequate soap, no issue of protective mask, no emergency panic system to notify staff of an medical emergency, no ability to purchase soap, a complete ban on possession of ANY publications, no inmate memorandums, with a major COVID-19 outbreak in the prison where at least 20%-25% of the population is infected. This prison is overcrowded and it's impossible for the

pg. 1 of 2

Warden and the Captain to properly isolate prisoners to stop the spread of Coronavirus. Prisoners are being "Quarantined" in the gym, visiting room, Central 2 unit, North Five Wing, SHU, and there is nowhere to isolate them because only the SHU and North Five have cell doors. The rest of the prison is all OPEN floor space design with all prisoners sharing facilities.

I declare under penalty of that the foregoing is true and correct to the best of my knowledge. Executed at Loretto, PA on 12/05/2020.

/S/ *Jordan A. Davidson*
Jordan A. Davidson #79430-174
PRINT NAME

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERENCE CRAWLEY, plaintiff<br>V.<br>S. Felix, in his official capacity as Captain,<br>Vicki Moser, in her official capacity as Warden | DECLARATION OF<br>TERRY JOHNSON<br>Civil Complaint No. 3:20-CV-248 |

TERRY JOHNSON #18705-084 hereby declares:

I have been incarcerated at FCI Loretto since October 21 Since october 21 of 2019 I have been housed in the Special Housing Unit ("SHU"). I am currently in cell ___, which is on the same wing as the plaintiffs cell. Terence Crawley is currently in cell 14, and has been in the SHU for several months. I, too have been subject to the same injustices as Terence Crawley and the rest of us in the SHU.

The Captain and the Warden has everyone in the SHU 24hrs./day, with no exercise time, no law library, no adequate soap, no ability to buy our own soap from commissary, no issue of protective mask, no emergency panic system to notify staff of a medical emergency, no inmate memorandums, A complete ban on possessing ANY publications or the ability to buy a radio. All of us are subject to this during an COVID-19 outbreak which currently effects/infects at least 20%-25% of inmate population at this prison. This prison is overcrowded and the Warden has no way to properly

pg. 1 of 2

isolate and Quarantine the infected and symptomatic due to the unique structure and limited space of FCI Loretto. Upon information and belief, prisoners are being "Quarantined" in North Five, Central 2 unit, the visiting room, the gym and there is no way to do it properly because only the SHU and North Five have cells with locked doors. The rest of FCI Loretto is an open floor plan which allows 100's of prisoners to cough/breathe and otherwise spread the virus unchecked. The prisoner population needs to be reduced if we are going to have a chance.

I hereby swear that the foregoing is true and correct to the best of my knowledge under the penalty of perjury.
Executed at Loretto, Pennsylvania on 12/6/2020.

/S/ _____
       Signature

Terry Johnson
Print Name