IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERENCE CRAWLEY, plaintiff

v.

S. Felix, in his official capacity as Captain,
Vicki Moser, in her official capacity as Warden

SUMMONS
Civil Action No. 3:20-CV-248

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is: Terence Crawley #14192-084, FCI Loretto, P.O. BOX 1000, CRESSON, PA 16630-1007 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or it's officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: 12/6/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Terance Crawley, plaintiff,<br>v.<br>S. Felix, in his official capacity as Captain,<br>Vicki Moser in her official capacity as Warden | SUMMONS<br>Civil Action No. 3:20-cv-24 |

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is: Terance Crawley # 14114 2-084, FCI Loretto, P.O. Box 1000, Cresson, PA 16630-1007 an answer to the complaint which is here with served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent hereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.


Clerk of the Court

Date: 12/6/2020

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>TERENCE CRAWLEY | COURT CASE NUMBER<br>3:20-CV-248 |
|---|---|
| DEFENDANT<br>Vicki Moser in her official capacity as Warden | TYPE OF PROCESS<br>Service of Complaint/Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vicki Moser, 772 Saint Joseph St.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Loretto, PA 15940

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Terence Crawley #14142-084
FCI Loretto
P.O. Box 1000
Cresson, PA 16630-1007

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | two |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

FCI Loretto
P.O. Box 1000
Cresson, PA 16630-1007
(mailing address)

772 Saint Joseph St.
Loretto, PA 15940
(Physical Address)

FCI Loretto
Rural Route 276
Loretto, PA 15940
(Delivery Address)

Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: N/A   DATE: 12/6/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date  Time  ☐ am  ☐ pm

Signature of U.S Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed Please remit promptly payable to U.S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>TERENCE CRAWLEY | COURT CASE NUMBER<br>3:20-CV-248 |
|---|---|
| DEFENDANT<br>S. Felix in his official capacity as Captain | TYPE OF PROCESS<br>Service of Complaint/Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
S. Felix, 772 Saint Joseph St.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Loretto, PA 15940

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terence Crawley #14192-084
FCI Loretto
P.O. Box 1000
Cresson, PA 16630-1007

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | two |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FCI Loretto
P.O. Box 1000
Cresson, PA 16630-1007
(mailing address)

772 Saint Joseph St.
Loretto, PA 15940
(physical address)

FCI Loretto
Rural Route 276
Loretto, PA 15940
(delivery address)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 12/6/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or (Amount Refund) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00