Terence Crawley
Federal Correctional Institution Loretto
P.O. Box 1000
Cresson, PA 16630-1007



CLEARED X-RAY SCREENING

7012 3460 0003 4276